

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

# MEMO ENDORSED

January 6, 2020

<u>**VIA ECF**</u>
Honorable Judge Failla
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

  Re: <u>Diaz v. Pharmapacks, LLC; Case No: 1:19-cv-07615-KPF</u>

Dear Judge Broderick,

  This firm represents Plaintiff Edwin Diaz (hereinafter "Plaintiff") in this matter, which involves claims asserted under Title III of the ADA, 42 U.S.C. § 12181.

  As per the Court's December 6, 2019 Order, the parties were granted 30 days in which to restore the case to the court's calendar. It is now January 6, 2020, and the parties are in the final phase of settlement on the matter. At this time, Counsel for the parties respectfully request an additional 30 days in which to finalize the terms of the agreement and thereafter file a Stipulation of Dismissal.

       Respectfully submitted,

       /S/ Joseph H. Mizrahi
       Joseph H. Mizrahi, Esq.

       /S/ Tyler B. Levenson
       Tyler B. Levenson, Esq.

Cc: All counsel of record (Via ECF)

Application GRANTED.

Dated:    January 6, 2020          SO ORDERED.
          New York, New York

                                   _Katherine Polk Failla_

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE