

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

February 11, 2020

**VIA ECF**
Honorable Judge Failla
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007



Re:    Diaz v. Pharmapacks, LLC; Case No: 1:19-cv-07615-KPF

Dear Judge Failla,

This firm represents Plaintiff Edwin Diaz (hereinafter "Plaintiff") in this matter, which involves claims asserted under Title III of the ADA, 42 U.S.C. § 12181.

As per the Court's January 7, 2019 Order, the parties were granted 30 days in which to restore the case to the court's calendar. It is now February 11, 2020, and the parties are in the final phase of settlement on the matter. At this time, Counsel for the parties respectfully request an additional 30 days in which to finalize the terms of the agreement and thereafter file a Stipulation of Dismissal.

Respectfully submitted,

/S/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.

/S/ Tyler B. Levenson
Tyler B. Levenson, Esq.

Cc: All counsel of record (Via ECF)

Application GRANTED.

Dated:     February 11, 2020          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE