UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN DIAZ, on behalf of himself and all other persons similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>PHARMAPACKS, LLC<br><br>            Defendant. | ECF CASE<br><br>No.: 1:19-cv-07615 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: _____, 2019
        Brooklyn, New York

_____
Joseph H. Mizrahi
COHEN & MIZRAHI LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York, 11201
joseph@cml.legal
929.575.4175
*Attorneys for Plaintiff*

Dated: ___April 9, 2020__, 2019
        Woodbury, New York

            *Tyler B. Levenson*
_____
Tyler B. Levenson
MILBER MAKRIS PLOUSADIS &
SEIDEN, LLP
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
egorman@milbermakris.com
516.712.4000 ext. 1145
*Attorneys for Defendant*